# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Narendra Nigalye, MD and        * From the 35th District
Ranjana Nigalye, MD,             Court of Brown County,
                                     Trial Court No. CV 09 01028.

Vs. No. 11-12-00003-CV          * August 30, 2013

James Orr,                          * Memorandum Opinion by Wright, C.J.
                                     (Panel consists of: Wright, C.J.,
                                     McCall, J., and Willson, J.)

       This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Narendra Nigalye, MD and Ranjana Nigalye, MD.